981 F.2d 1249
 U.S.
v.
Sandini (Hilmer Burdette), Rockwell (Ernest), Kost (George
White), Urban (Ronald Paul), Sandini (Carol Ann Hineman,
Sandra Jean), Frawley (Michael), Thompson (David), Strickler
(George), Glunt (Sherman John), Ruiz (Santos), Kotula
(Robert), Gesuale (Eugene Anthony), Maker (Robert), Ciraolo
(Vincent), Moody (Richard), Mills (Edward), Foster (Rex),
Hill (Kenneth), Jessup (Harry, Rose)
 NO. 91-3667
 United States Court of Appeals,
Third Circuit.
 Nov 17, 1992
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.